UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                                  RE:    Jose Ramon MACARIO-GARCIA
                                                           Docket Number:  2:11CR00279-01
                                                           PERMISSION TO TRAVEL
                                                           **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 13, 2009, Mr. Macario-Garcia was sentenced for the offense(s) of 21 USC 846, 841 (a)(1) and 841(b)(1)(A) - Conspiracy to Possess with Intent to Distribute 5 Kilograms and More of Cocaine.

**Sentence imposed:**  41 months custody Bureau of Prisons; 3 years Supervised Release; $100 Special Assessment.

**Dates and Mode of Travel:**  Mr. Macario-Garcia plans to drive to Mexico, leaving November 25, 2011, and returning November 28, 2011.  He will stay at Calle Imola 23522, Interior A, Fracc. Villa del Real, Tijuana B.C. C.P. 22205, his brother-in-law's residence.

**Purpose:**  Mr. Macario-Garcia needs dental work and cannot afford to pay for services here in the United States.  He knows of a dentist in Mexico that can provide the necessary services at a price he can afford.  His wife would also like to visit her family whom she has not seen in two years.

**RE:** Jose Ramon MACARIO-GARCIA
Docket Number: 2:11CR00279-01
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
United States Probation Officer

**DATED:** November 16, 2011
Elk Grove, California
KMM/cj

**REVIEWED BY:**   /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X           **Disapproved**

   11/18/2011           /s/ John A. Mendez
**Date**                **John A. Mendez**
                        **United States District Judge**