UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                              RE:    Jose Ramon MACARIO-GARCIA
                                      Docket Number:  2:11CR00279-01
                                      **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico. Mr. Macario-Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 13, 2009, the offender was sentenced for the offense(s) of 21 USC 846, 841(a)(1) and 841(b)(1)(A) - Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine (CLASS A FELONY).

**Sentence Imposed:** 41 months custody Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:** Mr. Macario-Garcia plans to drive with his wife and two children to Tijuana, Mexico, on December 7, 2012. From there they will fly via Volair to his wife's parent's home, located in La Pipima, Navolato, Sinaloa, Mexico. They will return home December 11, 2012.

**Purpose:** Previously, on November 18, 2011, the Court authorized travel to Mexico for the offender. The offender is again requesting travel to Mexico with his family to attend the wedding of his brother-in-law, and for him and his wife to become Godparents to the brother-in-law's child.

**RE:    Jose Ramon MACARIO-GARCIA**
       **Docket Number:   2:11CR00279-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Mr. Macario-Garcia has presented no issues during supervision. He maintains appropriate contact with the United States Probation Office, and is gainfully employed. I have no objection to this travel.

                          Respectfully submitted,

                          /s/ Julie A. Fowler

                          **JULIE A.  FOWLER**
                          **United States Probation Officer**

**DATED:**       November 27, 2012
                 Roseville, California
                 /jaf


**REVIEWED BY:**       _____
                       **KYRIACOS M. SIMONIDIS**
                       **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved:  X

    11/28/2012                            /s/ John A. Mendez
Date                                         John A. Mendez
                                           United States District Court Judge