UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez             **RE:  Jose Ramon MACARIO-GARCIA**
United States District Judge                 **Docket Number:  0972 2:11CR00279-001**
Sacramento, California                       **PERMISSION TO TRAVEL**
                                             **OUTSIDE THE COUNTRY**

Your Honor:

Jose Ramon Macario-Garcia is requesting permission to travel to Mexico.  Mr. Macario-Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 13, 2009, Jose Ramon Macario-Garcia was sentenced for the offense(s) of 21 USC 846, 841(a)(1) and 841(b)(1)(A) - Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine (CLASS A FELONY).

**Sentence Imposed:**  41 months custody of the Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:**  Mr. Macario-Garcia plans to drive with his wife and children to Sinaloa, Mexico, on December 20, 2013.  They will return home January 5, 2014.

**Purpose:**  Previously, on November 18, 2011, and November 28, 2012, the Court authorized travel to Mexico to visit family and attend a wedding.  Mr. Macario-Garcia is again requesting travel to Mexico to spend the holidays with his family.

**RE:** **Jose Ramon Macario-Garcia**
**Docket Number:  0972 2:11CR00279-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/  Julie A. Fowler

**JULIE A. FOWLER**
United States Probation Officer

Dated:   December 13, 2013
         Roseville, California
         /jaf

/s/ Michael A. Sipe

**REVIEWED BY:**   **MICHAEL A. SIPE**
**Supervising United States Probation Officer**

---

# ORDER OF THE COURT

☒   Approved

**12/16/2013**                          /s/ John A. Mendez
**Date**                                **John A. Mendez**
                                        **United States District Court Judge**